# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL A. CANO,<br><br>    Defendant. | Case No. 2:12-CV-00932-KJD-PAL<br><br>**ORDER** |

    On June 1, 2012, Defendant removed the present action from Justice Court Las Vegas Township. On September 17, 2012, the Court ordered (#5) Defendant Daniel Cano to show cause, no later than October 2, 2012, why the action should not be remanded for lack of jurisdiction. Defendant was warned that failure to respond would result in the Court remanding the action. Though the time for doing so has passed, Defendant failed to file any response to the Court's order.

    Accordingly, IT IS HEREBY ORDERED that this action is **REMANDED** for lack of jurisdiction.

    DATED this 9th day of October 2012.

                                                                             _____
                                                                             Kent J. Dawson
                                                                             United States District Judge